IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIDGET REIS,<br><br>Plaintiff,<br><br>vs.<br><br>GENOA MEDICAL FACILITY, a Nebraska Pol. Subdivision; DR. BRIAN BUHLKE, DO, FAAFP; and ATHENAHEALTH, INC.,<br><br>Defendants. | 8:21CV416<br><br>**ORDER FOR DISMISSAL** |

This case comes before the Court on Relator's Notice of Voluntary Dismissal, indicating a desire to dismiss this qui tam action without prejudice to the United States because the United States has declined to intervene, and Relator has decided not to litigate the case on her own. Filing 12. Relator represents that counsel for the United States has been contacted and has no objection to dismissal of this action, as long as that dismissal is without prejudice to the United States. Filing 12 at 1. In an Order, United States Magistrate Judge Susan M. Bazis directed, "Should the relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval." Filing 11 at 2. The United States filed a Notice of Consent to Dismissal consenting to the Relator's voluntary dismissal of this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), and Rule 41(a) of the Federal Rules of Civil Procedure, so long as the dismissal is without prejudice

1

to the United States. Filing 13. Under the circumstances, the Court concludes that all requirements for voluntary dismissal of this action have been met. Accordingly,

    IT IS ORDERED that this action is dismissed without prejudice to the United States.

Dated this 18th day of August, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge